IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number 8:06CR352 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| RUBEN SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having entered a plea of not guilty to Counts I and II of the Indictment, and the jury having found that the defendant is not guilty,

IT IS ORDERED that judgment is hereby entered accordingly, and the defendant is discharged as to these counts.

DATED this 8th day of March, 2007

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge